

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-20-00259-CR

## IN RE CALVIN DWAYNE VERNON

---

## Original Proceeding

---

## MEMORANDUM  OPINION

---

Relator Calvin Dwayne Vernon's petition for writ of mandamus is denied.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Petition denied
Opinion delivered and filed October 14, 2020
Do not publish
[OT06]